IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICOLE DING,
    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
    Defendant

NO. 3:12-CV-1835

(JUDGE NEALON)

FILED
SCRANTON
MAR 28 2014
PER _____
DEPUTY CLERK

## ORDER

NOW, this 28th day of MARCH, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Nicole Ding and against Carolyn Colvin, Acting Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Nicole Ding social security disability insurance benefits is **VACATED** and the case **REMANDED** to the Commissioner of Social Security to:

    (a) Conduct a new administrative hearing, appropriately evaluate all the evidence, reassess the credibility and residual functional capacity of Nicole Ding, and fully develop the record.

3. The Clerk of Court shall **CLOSE** this case.

_____
**United States District Judge**